JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)  E-FILING
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-4537
    robert.n.michaels@us.army.mil

Attorneys for Plaintiff

Filed
MAY 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-08 00315 PVT |
| Plaintiff, | VIOLATION: 18 U.S.C. §641 – Theft of Government Property |
| vs. | |
| JULIE FLORES, | |
| Defendant. | |

INFORMATION

The United States Attorney charges:

<u>COUNT ONE</u>: (18 U.S.C. §641 – Theft of Government Property)

    On various dates between June 21, 2006 and November 9, 2007, at Ord Military Community, in the County of Monterey, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant

JULIE FLORES

1

INFORMATION
United States of America v. Julie Flores

did knowingly embezzle, steal, purloin, and convert to her own use property of the United States, to wit: $223.17 in government monies; in violation of Title 18, United States Code, Section 641, a Class A misdemeanor.

DATED: *May 8, 2008*

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

(Approved as to form: _____
Robert N. Michaels
SAUSA

AO 257 (Rev. 9/92)

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT  ☑ INFORMATION — Name of District Court, and/or Judge/Magistrate Judge Location (City)

Northern District of California

Filed MAY 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING

CR-08-00315 PVT

**OFFENSE CHARGED**
See Attached

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT -- U.S. vs.**
▶ JULIE FLORES

Address: 169 Dennis Ave.
Salinas, CA 93905

Birth Date: ☐ Male  ☐ Alien  ☑ Female  (if applicable)
(Optional unless a juvenile)

Place of offense: Presidio of Monterey, DLI FLC
U.S.C. Citation: See attached sheet

**PROCEEDING**
Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Robert N. Michaels, SAUSA

**DEFENDANT**
IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District) Northern District of California, POM PD

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed

DATE OF ARREST: Mo. Day Year
Or... if Arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY: Mo. Day Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**
Process: Summons for arraignment

To appear before Judge Lloyd on 4 August 2008 at 9:30 am
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

## ATTACHMENT TO PENALTY SHEET
## U.S. v. FLORES

**COUNT ONE:** 18 U.S.C., Sec. 641 – Public Money, Property or Records.

Penalties:    Mandatory Minimum: N/A

Maximum Penalties:
One year imprisonment
Fined twice the gross loss of victim AAFES = $446.34