BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant JULIE FLORES

**E-FILED**

**FILED**

AUG 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00315-PVT |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER TO EXCLUDE TIME |
| JULIE FLORES, ) | |
| Defendant. ) | |

Julie Flores, by and through her attorney Nicholas P. Humy, and the United States, by and through Assistant United States Attorney Robert N. Michael hereby stipulate and agree that time should be excluded from and including August 4, 2008 through and including October 6, 2008, to provide counsel reasonable time to prepare and for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Accordingly, the United States and the

///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE STATUS CONFERENCE
No. CR 08-00315-PVT                    1

1  defendant agree that granting the requested exclusion of time will serve the interest of justice and
2  outweigh the interest of the public and defendant in a speedy trial.

3

4  Dated: 8/22/08                              /s/
                                               NICHOLAS P. HUMY
5                                              Assistant Federal Public Defender

6

7  Dated: 8/22/08                              /s/
                                               ROBERT N. MICHAELS
8                                              Assistant United States Attorney

9

10                              **ORDER**

11     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that time should be excluded
12  from and including August 4, 2008 through and including October 6, 2008, to provide counsel
13  reasonable time to prepare and for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C.
14  §3161(h)(8)(A) and (B)(iv).

15     IT IS SO ORDERED.

16

17  Dated: 8/25/08                              _____
                                                HOWARD R. LLOYD
18                                              United States District Judge